UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF MICHIGAN
                           SOUTHERN DIVISION

LISA GARNER

        Plaintiff,

v.                                     Case No. 07-CV-11847

ROBERT GRANT,

        Defendant.
                                   /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment," dated February 8TH, 2008,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Robert Grant and against Plaintiff Lisa Garner. Dated at Detroit, Michigan, this 8TH day of February, 2008.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                               BY: s/Lisa Wagner
                                  Lisa Wagner, Deputy Clerk
                                  and Case Manager to
                                  Judge Robert H. Cleland